UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

PARAGON PET PRODUCTS EUROPE B.V.,

                        Plaintiff,

-v-

MARS, INC.,

                        Defendant.

------------------------------------------------------------X

15 Civ. 5520 (PAE)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 8/7/15

PAUL A. ENGELMAYER, District Judge:

Plaintiff Paragon Products Europe B.V. ("Paragon") filed a motion for a preliminary injunction today, and supplied to the Court's chambers a supporting memorandum of law and two declarations. The Court hereby sets the following briefing schedule on this motion:

1. Defendant's opposition to plaintiff's motion is due **August 21, 2015**.

2. Plaintiff's reply is due **August 28, 2015**.

The Court will hold argument on **September 11, 2015**, at 2 p.m.

Separately, Paragon states that it has yet to file certain of its submissions publicly. Dkt. 35. Paragon seeks court approval to file these submissions publicly, and represents that defendant Mars, Inc. ("Mars") opposes this request and insists that Paragon's filings be under seal. *See id.* The Court will resolve this issue after it has heard from Mars. Mars is to submit a short letter on this subject by **August 11, 2015**.

In the future, Paragon is admonished to indicate whether the opposing party has been served with unredacted copies of the relevant submission(s). If Paragon has not already served Mars with its moving papers, it must do so immediately.

SO ORDERED.

/s/ Paul A. Engelmayer
_____
PAUL A. ENGELMAYER
United States District Judge

Dated: August 6, 2015
   New York, New York