UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

PARAGON PET PRODUCTS EUROPE B.V.,

                      Plaintiff,

         -v-

MARS, INC.,

                    Defendant.

------------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/14/2015

15 Civ. 5520 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On August 13, 2015, defendant Mars, Inc. submitted a letter motion for a Local Rule 37.2 conference. Dkt. 50. The Court will determine, promptly upon receiving plaintiff Paragon Pet Products Europe B.V.'s ("Paragon") reply, whether a conference is necessary to resolve the parties' dispute with respect to Paragon's request for expedited discovery. Paragon's reply is due August 17, 2015, at 5 p.m. The Court does not invite further correspondence on this issue.

SO ORDERED.

*Paul A. Engelmayer*

PAUL A. ENGELMAYER
United States District Judge

Dated: August 14, 2015
      New York, New York