```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/18/2015
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PARAGON PET PRODUCTS EUROPE B.V.,

                    Plaintiff,

      -v-

MARS, INC.,

                    Defendant.
------------------------------------------------------------X

15 Civ. 5520 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

    The Court has reviewed the parties' letters as to whether expedited depositions are warranted in aid of plaintiff Paragon Pet Products Europe B.V.'s pending motion for a preliminary injunction. The Court declines to authorize expedited depositions. Rather, as is reflected in the Case Management Plan, document production is due by September 18, 2015, and depositions (thereafter) shall take place by October 16, 2015. The Clerk of Court is respectfully directed to terminate the motion pending at docket number 50.

    SO ORDERED.

                                                          *Paul A. Engelmayer*
                                                          PAUL A. ENGELMAYER
                                                          United States District Judge

Dated: August 18, 2015
       New York, New York