```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/27/15
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

PARAGON PET PRODUCTS EUROPE B.V.,

                  Plaintiff,

v.

MARS, INCORPORATED,

                  Defendant.

15 Civ. 5520 (PAE)

ECF Case

**ORDER FOR ADMISSION**
***PRO HAC VICE***

The motion of Richmond T. Moore for admission to practice *Pro Hac Vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bars of the State of South Carolina and the District of Columbia, and that his contact information is as follows:

    Richmond T. Moore
    Williams & Connolly LLP
    725 Twelfth Street, NW
    Washington, DC 20005
    Tel.: (202) 434-5000
    Fax: (202) 434-5029
    rtmoore@wc.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for defendant Mars, Incorporated in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case

Filing (ECF) system, counsel shall immediately apply for an ECF password.

Dated: 8/27/15

_Paul A. Engelmyer_
UNITED STATES DISTRICT JUDGE