**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/27/15
```

PARAGON PET PRODUCTS EUROPE B.V.,

                Plaintiff,

v.

MARS, INCORPORATED,

                Defendant.

15 Civ. 5520 (PAE)

ECF Case

**ORDER FOR ADMISSION**
***PRO HAC VICE***

The motion of David M. Horniak for admission to practice *Pro Hac Vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bars of the State of California and the District of Columbia, and that his contact information is as follows:

> David M. Horniak
> Williams & Connolly LLP
> 725 Twelfth Street, NW
> Washington, DC 20005
> Tel.: (202) 434-5000
> Fax: (202) 434-5029
> dhorniak@wc.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for defendant Mars, Incorporated in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case

Filing (ECF) system, counsel shall immediately apply for an ECF password.

Dated: ____8/27/15____        ____Paul A. Engelmayer____
                              UNITED STATES DISTRICT JUDGE