**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/27/15
```

PARAGON PET PRODUCTS EUROPE B.V.,

        Plaintiff,

v.

MARS, INCORPORATED,

        Defendant.

15 Civ. 5520 (PAE)

ECF Case

**ORDER FOR ADMISSION**
***PRO HAC VICE***

        The motion of A. Joshua Podoll for admission to practice *Pro Hac Vice* in the above-captioned action is granted.

        Applicant has declared that he is a member in good standing of the bars of the State of New York and the District of Columbia, and that his contact information is as follows:

        A. Joshua Podoll
        Williams & Connolly LLP
        725 Twelfth Street, NW
        Washington, DC  20005
        Tel.:  (202) 434-5000
        Fax:  (202) 434-5029
        apodoll@wc.com

        Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for defendant Mars, Incorporated in the above entitled action;

        **IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case

Filing (ECF) system, counsel shall immediately apply for an ECF password.

Dated:    8/27/15                    Paul A. Engelmayer
                                     UNITED STATES DISTRICT JUDGE