LAW OFFICES
## WILLIAMS & CONNOLLY LLP

725 TWELFTH STREET, N.W.

WASHINGTON, D. C. 20005-5901

(202) 434-5000

FAX (202) 434-5029

KATHERINE TURNER
(202) 434-5487
kturner@wc.com

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

September 1, 2015

<u>VIA ECF</u>

The Honorable Paul A. Engelmayer
United States District Court for the Southern
District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    *Paragon Pet Products Europe B.V. v. Mars, Incorporated*, **Case No. 15-cv-5520 (PAE)**

Dear Judge Engelmayer:

    On behalf of Defendant Mars, Incorporated, I submit the following letter in response to the Court's request for Plaintiff's position on Defendant's request that the highlighted materials submitted by Defendant on August 26 with its Opposition to Plaintiff's Motion for Preliminary Injunction be filed under seal. I have met and conferred with Plaintiff's counsel on this issue, and report the following: Plaintiff does not oppose Defendant's request that the highlighted materials be filed under seal, except for the highlighted information in the Declaration of Amelia Strobel. Plaintiff's position is that the information in the Strobel Declaration should not be filed under seal.

                                              Respectfully submitted,

                                              Katherine M. Turner

cc:    Counsel of Record (via ECF)