

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482
Telephone: 212-837-6000
Fax: 212-422-4726
*hugheshubbard.com*

James W. Dabney
Direct Dial: 212-837-6803
james.dabney@hugheshubbard.com

September 2, 2015

**BY FEDEX AND ECF**

Hon. Paul A. Engelmayer
United States District Court
 for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    Paragon Pet Products Europe B.V. v. Mars, Inc.
                  1:15-cv-05520-PAE)

Dear Judge Engelmayer:

    Enclosed for Your Honor's consideration are courtesy copies of the following:

    (i)    Reply Memorandum in Support of Plaintiff's Motion for Preliminary Injunction;

    (ii)    Declaration of Emma L. Baratta;

    (iii)    Second Declaration of Robert Klein; and

    (iv)    Supplemental Klein Report.

    We have highlighted certain exhibits which have been designated confidential and certain brief passages which quote or cite to those materials. Public versions of these documents will be filed by ECF promptly following the Court's ruling on whether the highlighted materials should be kept from public view. .

                                 Respectfully yours,

                                 James W. Dabney

cc:    Dane Butswinkas, Esq.