LAW OFFICES
# WILLIAMS & CONNOLLY LLP

725 TWELFTH STREET, N.W.

WASHINGTON, D. C. 20005-5901

(202) 434-5000

FAX (202) 434-5029

KATHERINE TURNER
(202) 434-5487
kturner@wc.com

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

September 2, 2015

**VIA ECF**

The Honorable Paul A. Engelmayer
United States District Court for the Southern
District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *Paragon Pet Products Europe B.V. v. Mars, Incorporated*, Case No. 15-cv-5520 (PAE)

Dear Judge Engelmayer:

With today's submission of Defendant Mars, Incorporated's Reply in Support of Motion to Dismiss, the briefing on Mars, Incorporated's Motion to Dismiss [Dkt. #46] is now complete. Pursuant to the Court's Individual Rule & Practice 3(F), Defendant Mars, Incorporated respectfully requests that oral argument be heard on its Motion to Dismiss.

Respectfully submitted,

Katherine M. Turner

cc:   Counsel of Record (via ECF)