**MEMO ENDORSED**

LAW OFFICES
# WILLIAMS & CONNOLLY LLP

725 TWELFTH STREET, N.W.

WASHINGTON, D. C. 20005-5901

(202) 434-5000

FAX (202) 434-5029

KATHERINE TURNER
(202) 434-5487
kturner@wc.com

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

September 2, 2015

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/4/2015
```

**VIA ECF**

The Honorable Paul A. Engelmayer
United States District Court for the Southern
District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *Paragon Pet Products Europe B.V. v. Mars, Incorporated*, Case No. 15-cv-5520 (PAE)

Dear Judge Engelmayer:

With today's submission of Defendant Mars, Incorporated's Reply in Support of Motion to Dismiss, the briefing on Mars, Incorporated's Motion to Dismiss [Dkt. #46] is now complete. Pursuant to the Court's Individual Rule & Practice 3(F), Defendant Mars, Incorporated respectfully requests that oral argument be heard on its Motion to Dismiss.

Respectfully submitted,

*/s/ Katherine M. Turner*

Katherine M. Turner

cc:   Counsel of Record (via ECF)

Granted. The Court will hear argument on Mars's motion to dismiss on September 16, 2015, at 11 a.m. (at the same hearing where the Court will hear argument on Paragon's motion for a preliminary injunction).

SO ORDERED:   9/4/2015

*/s/ Paul A. Engelmayer*

**HON. PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE**