```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/8/15
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PARAGON PET PRODUCTS EUROPE B.V.,

                    Plaintiff,

          -v-

MARS, INC.,

                    Defendant.
------------------------------------------------------------X

15 Civ. 5520 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

    There are currently two motions pending in this case: plaintiff Paragon Pet Products Europe B.V.'s motion for a preliminary injunction, and defendant Mars, Inc.'s motion to dismiss. *See* Dkt. 32, 46. In connection with these motions, both parties have submitted certain filings to the Court's chambers with proposed redactions, per the Court's individual rules. For the time being, the Court approves of both parties' proposed redactions in their entirety. Both parties are directed to promptly file, on the docket in this case, redacted versions consistent with their mailed (or emailed) highlighted submissions. However, as indicated previously, both parties should be prepared to address the full contents of their submissions in open court. *See* Dkt. 42.

SO ORDERED.

                                                  *Paul A. Engelmayer*
                                                  PAUL A. ENGELMAYER
                                                  United States District Judge

Dated: September 8, 2015
       New York, New York