UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

USDC
DOC
ELEC
DOC #:
DATE FILED: 9/9/15

PARAGON PET PRODUCTS EUROPE B.V.,

                    Plaintiff,

          -v-

MARS, INC.,

                    Defendant.

-----------------------------------------------------------------------X

15 Civ. 5520 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

      The Court hereby reschedules the argument previously scheduled for 11 a.m. on

September 16, 2015 for 10:30 a.m. on the same date. The change in time is to leave two hours

for argument.

      SO ORDERED.

*Paul A. Engelmayer*

PAUL A. ENGELMAYER
United States District Judge

Dated: September 9, 2015
      New York, New York