UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

PARAGON PET PRODUCTS EUROPE B.V.,                        :
                                                          :
                                        Plaintiff,        :
                                                          :
                    -v-                                   :
                                                          :
MARS, INC.,                                               :
                                                          :
                                        Defendant.        :
                                                          :
-------------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/16/15
```

15 Civ. 5520 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

For the reasons stated at today's hearing, the Court has granted plaintiff Paragon Pet

Products Europe B.V. ("Paragon") leave to file an amended complaint and has set the following

schedule:

The amended complaint is due on September 23, 2015.  Defendant Mars, Inc.'s ("Mars")

response to the amended complaint is due on October 7, 2015.  If Mars's response is a motion to

dismiss, Paragon's opposition is due on October 14, 2015, and Mars's reply is due on October

21, 2015.

Further, for the reasons stated at the hearing, the Court has stayed discovery in this case

pending the filing of the amended complaint and the resolution of any motion to dismiss.  In light

of that stay, the discovery dispute that was recently raised by the parties, *see* Dkt. 89, 90, has

been mooted.  Finally, the pre-motion conference previously scheduled for November 4, 2015, at

9 a.m., and the trial previously scheduled for January 11, 2016, at 9 a.m., are hereby adjourned.

Assuming that the amended complaint survives the anticipated motion to dismiss, the Court, in

consultation with counsel, will set a prompt schedule for this case.

The Clerk is directed to terminate the motions pending at Dkt. 46 and 89.

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge

Dated: September 16, 2015
       New York, New York