# Hughes Hubbard

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482
Telephone: 212-837-6000
Fax: 212-422-4726
hugheshubbard.com

James W. Dabney
Direct Dial: 212-837-6803
james.dabney@hugheshubbard.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/24/15

MEMO END[ORSED]

September 23, 2015

**BY FEDEX**

Hon. Paul A. Engelmayer
United States District Court
  for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   Paragon Pet Products Europe B.V. v. Mars, Inc.
      1:15-cv-05520-PAE)

Dear Judge Engelmayer:

Enclosed with this letter is a copy of Paragon's First Amended and Supplemental Complaint.

We have highlighted those portions which refer to matters that Mars has designated confidential. We will leave it to Mars to justify withholding this information from public view.

Respectfully yours,

James W. Dabney

9/24/15

Enclosure

cc:  Dane Butswinkas, Esq.

66698086

The Court has reviewed the proposed redactions and finds that these redactions are appropriate at this time. This determination is provisional and will be reassessed as the case proceeds. The Court directs plaintiff to publicly file a redacted version of its amended complaint at this time, and to file an unredacted version under seal in accordance with this District's procedures. See http://nysd.uscourts.gov/cases_records.php?records=sealed_records.   **SO ORDERED:**

Paul A. Engelmayer
**HON. PAUL A. ENGELMAYER**
**UNITED STATES DISTRICT JUDGE**