USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/8/15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

PARAGON PET PRODUCTS EUROPE B.V.,

                                              Plaintiff,

                       -v-

MARS, INC., and THE NUTRO COMPANY,

                                              Defendants.

------------------------------------------------------------X

15 Civ. 5520 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

      Defendants have filed a motion to dismiss. Dkt. 99. Plaintiff's opposition is due October 14, 2015, and defendants' reply is due October 21, 2015. *See* Dkt. 91. The Court will hear argument on November 6, 2015, at 9:30 a.m.

      SO ORDERED.

*[signature]*
_____
Paul A. Engelmayer
United States District Judge

Dated: October 8, 2015
       New York, New York