UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PARAGON PET PRODUCTS EUROPE B.V.,<br><br>                       Plaintiff,<br><br>      v.<br><br>MARS, INCORPORATED and THE NUTRO COMPANY,<br><br>                       Defendants. | 15 Civ. 5520 (PAE)<br><br>ECF Case<br><br>**DECLARATION OF DAVID HORNIAK IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS FIRST AMENDED AND <u>SUPPLEMENTAL COMPLAINT</u>** |

I, David Horniak, hereby state as follows:

      1.      I am an associate at Williams & Connolly LLP, counsel for Defendants Mars, Incorporated ("Mars") and The Nutro Company ("Nutro") in this action.  I have personal knowledge of the matters stated in this declaration.

      2.      I submit this declaration in support of Defendants' Motion to Dismiss Plaintiff's First Amended and Supplemental Complaint.

      3.      Attached hereto as Exhibit 1 is a true and correct copy of Nutro's complaint in *The Nutro Company v. Paragon Pet Products USA, Inc. et al.*, No. 13-cv-01232 (M.D. Tenn.) (the "Tennessee Action").

      4.      Attached hereto as Exhibit 2 is a true and correct copy of the answer in the Tennessee Action filed by Paragon Products USA, Inc. and UniPet USA LLC.

      5.      Attached hereto as Exhibit 3 is a true and correct copy of an August 2011 press release titled "The GREENIES® Brand Helps Keep Pets' Smiles Healthy," available at http://www.mars.com/global/press-center/press-list/news-releases.aspx?siteid=94&id=3115, as of October 7, 2015.

1

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.


Dated:  October 7, 2015                              <u>*/s/ David M. Horniak*</u>
                                                     David M. Horniak