

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482
Telephone: 212-837-6000
Fax: 212-422-4726
*hugheshubbard.com*

James W. Dabney
Direct Dial:212-837-6803
james.dabney@hugheshubbard.com

October 14, 2015

**BY ECF AND EXPRESS MAIL**

Hon. Paul A. Engelmayer
United States District Court
 for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   Paragon Pet Products Europe B.V. v. Mars, Inc.
      1:15-cv-05520-PAE)

Dear Judge Engelmayer:

Enclosed for Your Honor's consideration are two complete courtesy copies of the Memorandum in Opposition to Defendants' Motion to Dismiss First Amended and Supplemental Complaint.

We have highlighted those portions which refer to matters that Mars has designated confidential. We will leave it to Mars to justify withholding this information from public view.

Respectfully yours,

*/s/ James W. Dabney*

James W. Dabney

Enclosure

cc:   Katherine M. Turner, Esq.
      Dane Butswinkas, Esq.

66831813