UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

PARAGON PET PRODUCTS EUROPE B.V.,

                Plaintiff,

-v-

MARS, INC. and THE NUTRO COMPANY,

                Defendants.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/4/15

15 Civ. 5520 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court adjourns the oral argument scheduled for November 6, 2015, at 9:30 a.m., and reschedules it for November 30, 2015, at 1:30 p.m.

SO ORDERED.

                                                     *Paul A. Engelmayer*
                                                     Paul A. Engelmayer
                                                     United States District Judge

Dated: November 4, 2015
       New York, New York