**MEMO ENDORSED**

LAW OFFICES
## WILLIAMS & CONNOLLY LLP
725 TWELFTH STREET, N.W.
WASHINGTON, D. C. 20005-5901
(202) 434-5000
FAX (202) 434-5029

KATHERINE TURNER
(202) 434-5487
kturner@wc.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/25/15

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

November 24, 2015

**VIA ECF**

The Honorable Paul A. Engelmayer
United States District Court for the Southern
District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: *Paragon Pet Products Europe B.V. v. Mars, Incorporated*, Case No. 15-cv-5520 (PAE)

Dear Judge Engelmayer:

In response today's request from the Court, I write to report on the parties' positions with respect to whether the oral argument on Defendants' motion to dismiss, set for November 30, 2015 at 1:30 p.m. [Dkt. #110], should proceed as scheduled. Defendants Mars, Incorporated and the Nutro Company believe that the hearing should be postponed for one week. Counsel for Plaintiff Paragon Pet Products Europe B.V. has advised me that Plaintiff's position is that the hearing should proceed as scheduled.

Respectfully submitted,

*Katherine M. Turner*

Katherine M. Turner
*Counsel for Defendants Mars, Incorporated and the Nutro Company*

cc: Counsel of Record (via ECF)

The Court reschedules the oral argument currently scheduled for November 30, 2015, at 1:30 p.m., for December 7, 2015, at 1:30 p.m. If further postponements are sought, the Court will require, non-publicly if necessary, some update from the parties as to the progress of settlement discussions.

**SO ORDERED:**

11/25/15

*Paul A. Engelmayer*

HON. PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE