**MEMO ENDORSED**

LAW OFFICES
## WILLIAMS & CONNOLLY LLP

725 TWELFTH STREET, N.W.

WASHINGTON, D. C. 20005-5901

(202) 434-5000

FAX (202) 434-5029

KATHERINE TURNER
(202) 434-5487
kturner@wc.com

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/4/15

December 4, 2015

**VIA ECF**

The Honorable Paul A. Engelmayer
United States District Court for the Southern
District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re: *Paragon Pet Products Europe B.V. v. Mars, Incorporated*, Case No. 15-cv-5520 (PAE)

Dear Judge Engelmayer:

In response the Court's request, I write to report on my clients' position with respect to whether the oral argument on Defendants' motion to dismiss, set for December 7, 2015 at 1:30 p.m. [Dkt. #112], should proceed as scheduled. Defendants Mars, Incorporated and the Nutro Company believe that the hearing should be postponed for one week, on account of the parties' continued efforts to reach settlement of this matter.

Respectfully submitted,

Katherine M. Turner
*Counsel for Defendants Mars, Incorporated and the Nutro Company*

cc: Counsel of Record (via ECF)

12/4/15

Granted. The oral argument is rescheduled for December 15, 2015, at 9:00 a.m. There will be no further adjournments of the oral argument.

**SO ORDERED:**

_____
HON. PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE