Case 1:15-cv-05520-PAE Document 115 Filed 12/00/15 Page 1 of 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/9/15
```

PARAGON PET PRODUCTS EUROPE B.V.,

      Plaintiff,

  v.

MARS, INCORPORATED and THE NUTRO COMPANY,

      Defendants.

15 Civ. 5520 (PAE)

ECF Case

## STIPULATION OF DISMISSAL WITH PREJUDICE
## PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)

WHEREAS, on July 15, 2015, Plaintiff Paragon Pet Products Europe B.V. ("Paragon") filed a Complaint in the above-captioned action against Mars, Incorporated ("Mars");

WHEREAS, on September 23, 2015, Paragon filed an Amended Complaint in the above-captioned action against Mars and The Nutro Company ("Nutro");

WHEREAS, the parties have resolved Paragon's claims against Mars and Nutro;

WHEREAS, the parties agree that each party shall bear its own attorneys' fees, costs and expenses;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED that the above-captioned action is voluntarily dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

12/9/15

SO ORDERED:

_____
HON. PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE

Dated: December 9, 2015

HUGHES HUBBARD & REED LLP

/s/ James W. Dabney

James W. Dabney
Natasha N. Reed
Mitchell Epner
Emma L. Baratta
Nathaniel L. Fintz
One Battery Park Plaza
New York, New York 10004-1482
Tel: (212) 837-6000
james.dabney@hugheshubbard.com
natasha.reed@hugheshubbard.com
mitchell.epner@hugheshubbard.com
emma.baratta@hugheshubbard.com
nathaniel.fintz@hugheshubbard.com

*Attorneys for Plaintiff Paragon Pet Products Europe B.V.*

Dated: December 9, 2015

WILLIAMS & CONNOLLY LLP

/s/ Katherine M. Turner

Dane H. Butswinkas (*pro hac vice*)
Thomas G. Hentoff (*pro hac vice*)
Richmond T. Moore (*pro hac vice*)
Katherine M. Turner (*pro hac vice*)
David M. Horniak (*pro hac vice*)
725 Twelfth Street, NW
Washington, DC 20005
Tel: (202) 434-5000
Fax: (202) 434-5029
dbutswinkas@wc.com
thentoff@wc.com
rtmoore@wc.com
kturner@wc.com
dhorniak@wc.com

*Attorneys for Defendants Mars, Incorporated and The Nutro Company*

2